**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

South Carolina Department of Social Services,
Respondent,

v.

Amber Raper, Dakota Vanover, John Hill, and Eric Brown, Defendants,

Of whom Amber Raper is the Appellant

and Dakota Vanover, John Hill, and Eric Brown are Respondents.

In the interest of minors under the age of eighteen.

Appellate Case No. 2023-001015

─────────────

Appeal From York County
David G. Guyton, Family Court Judge

─────────────

Unpublished Opinion No. 2024-UP-025
Submitted January 8, 2024 – Filed January 17, 2024

─────────────

**AFFIRMED**

─────────────

Harry A. Hancock, of Columbia, for Appellant.

Kindle Kay Johnson, of K. Johnson Law Firm, LLC, of Rock Hill; and N. Beth Ramsey Faulkner, of Faulkner Law Firm, LLC, of Clover, both for Respondent Dakota Vanover.

Matthew Niemiec, of The Law Offices of Matthew R. Niemiec, LLC, of Lake Wylie, for Respondent John Hill.

Larita Yusuf, of Gastonia, North Carolina, for Respondent Eric Brown.

R. Chadwick Smith, of South Carolina Department of Social Services, of Rock Hill, for Respondent South Carolina Department of Social Services.

Justin Montgomery, of Sumter, for the Guardian ad Litem.

---

**PER CURIAM:**  Amber Raper appeals the family court's final order terminating her parental rights to her minor children.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2023).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Raper's counsel.

**AFFIRMED.**[1]

**MCDONALD and VINSON, JJ., and LOCKEMY, A.J., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.